UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MARCUS T STRINGER #127238/513433 | CIVIL ACTION NO. 21-cv-3424 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| LEVI BROWN | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

It is ordered that the Motion for Summary Judgment (Doc. 29) by Deputy Levi Brown is granted and that this civil action is dismissed without prejudice.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of January, 2024.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE